UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SERVICES, INC.,

   Plaintiff,

v.

PHAMY XAYPANYA,

   Defendant.

Civil Action No. 18-12348 (MAS) (LHG)

**MEMORANDUM ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

This matter comes before the Court on the application of Defendant Phamy Xaypanya to proceed without prepayment of fees under 28 U.S.C. § 1915. (Application, ECF 1-1.) Because Defendant failed to use the proper *in forma pauperis* application, the Court is unable to determine whether Defendant is economically eligible to proceed *in forma pauperis*. Accordingly,

**IT IS** on this 13th day of September 2018, **ORDERED** that:

1. Defendant's application to proceed *in forma pauperis* (ECF No. 1-1) is **DENIED WITHOUT PREJUDICE**.

2. By **September 21, 2018**, Defendant may refile an application to proceed *in forma pauperis* using the Long Form Application entitled Form AO 239, found at http://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or.

3. The clerk is ordered to close the file.[1] Defendant may submit payment in the amount of **$400** by **September 21, 2018**, at which time the Court will reopen the matter. If

---

[1] Defendant filed two motions in this matter. (ECF Nos. 7, 9.) Those motions are terminated without prejudice pending receipt of the filing fee or the Court's review of Defendant's renewed *in forma pauperis* application.

Defendant refiles an amended *in forma pauperis* application, the Court will reopen the matter and review the application pursuant to 28 U.S.C. § 1915.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE